UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER ROUSSEAU
    Plaintiff

v.                                      C.A. No. 08-339S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 30, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Remand is DENIED, Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED and this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 7/20/09